# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH SANCHEZ,<br><br>   Plaintiff,<br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., NATIONSTAR MORTGAGE LLC, HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>   Defendants. | CASE NO.: 18cv586 JM(JMA)<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC. TO RESPOND TO THE COMPLAINT** |

The Court, having considered the Joint Stipulation For An Extension Of Time For Defendant Residential Credit Solutions, Inc. to Respond to the Complaint entered into by and between Plaintiff Rudolph Sanchez and Defendant Residential Credit Solutions, Inc., and for good cause appearing, orders RCS shall have up to and including May 31, 2018 to file a response to the Complaint.

Dated: April 16, 2018

                         Jeffrey T. Miller
                         United States District Judge