# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., NATIONSTAR MORTGAGE LLC, HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No.: 18cv586 JM(JMA)<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR SERVIS ONE, INC. TO RESPOND TO THE COMPLAINT** |

Having considered the Joint Stipulation for an Extension of Time for Defendant Servis One, Inc. dba BSI Financial Services to Respond to the Complaint entered into by and between Plaintiff Rudolf Sanchez and Defendant Servis One, Inc. dba BSI Financial Services, and for good cause appearing, the court orders Servis One shall have up to and including May 31, 2018 to file a response to the Complaint.

Dated: April 25, 2018

Jeffrey T. Miller
United States District Judge

18cv0586