# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., NATIONSTAR MORTGAGE LLC, HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>    Defendants. | Case No. 18cv586 JM(JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION FOR DEFENDANT HOMEWARD RESIDENTIAL, INC. TO RESPOND TO COMPLAINT** |

    The Court read and considered the Joint Motion by Plaintiff Rudolf Sanchez and Defendant Homeward Residential, Inc. (erroneously sued as Homeward Residential) ("Homeward"), for an order extending the deadline for Homeward to respond to Plaintiff's Complaint from April 24, 2018 to May 16, 2018, pursuant to Local Rules 7.2 and 12.1.

    Good cause appears for the extension.

    IT IS ORDERED that the deadline for Homeward to respond to the

USA01\11636011

(18cv0586)

Complaint is extended from April 24, 2018 to May 16, 2018.

**IT IS SO ORDERED.**

Dated: April 25, 2018

                                                  /s/ Jeffrey T. Miller
Hon. Jeffrey T. Miller
United States District Judge