# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SANCHEZ; SYLVIA SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., NATIONSTAR MORTGAGE LLC, HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No.: 18cv586 JM(JMA)<br>Case No.: 18cv587 JM(JMA)<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR SERVIS ONE, INC. TO RESPOND TO THE COMPLAINT** |

The Court, having considered the Joint Stipulation for an Extension of Time for Defendant Servis One, Inc. dba BSI Financial Services, to respond to the Complaint (Doc. No. 28) entered into by and between Plaintiffs Rudolf and Sylvia Sanchez and Defendant Servis One, Inc. dba BSI Financial Services, and for good cause appearing, orders that Servis One shall have up to and including June 29, 2018 to file a response to the Complaint.

Dated: May 24, 2018

Jeffrey T. Miller,
United States District Judge