UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., NATIONSTAR MORTGAGE LLC, HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 18cv586 JM(JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Based upon the joint motion and stipulation of Plaintiff Rudolf Sanchez ("Plaintiff") and Defendant Nationstar Mortgage LLC ("Nationstar"), and for good cause shown, IT IS HEREBY ORDERED that the time for Nationstar to file a responsive pleading is extended to June 15, 2018.

**IT IS SO ORDERED.**
DATED: May 29, 2018

_____
Jeffrey T. Miller,
United States District Judge